■ TIMOTHY WILSON et al., Respondents, v STRUCTURE TONE, INC., Appellant. [813 NYS2d 689]—Appeal from order, Supreme Court, New York County (Carol Edmead, J.), entered April 21,

2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Sullivan, Gonzalez and Catterson, JJ.